| | |
|---|---|
| 1 | FISHER & PHILLIPS LLP |
| | MARK J. RICCIARDI, ESQ. |
| 2 | Nevada Bar No. 3141 |
| 3 | ELIZABETH A. HANSON, ESQ. |
| | Nevada Bar No. 16249 |
| 4 | 300 S. Fourth Street, Suite 1500 |
| | Las Vegas, Nevada 89101 |
| 5 | Telephone: (702) 252-3131 |
| | E-Mail Address: mricciardi@fisherphillips.com |
| 6 | E-Mail Address: ehanson@fisherphillips.com |
| 7 | *Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MA'NYJH O'QUIN, | ) | Case No.: 2:25-cv-00324-CDS-BNW |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |
| ASCENDA USA, INC., d/b/a and a/k/a 24-7 INTOUCH; and DOES 1-50, inclusive, | ) ) ) ) | |
| Defendants. | ) | **(FIRST REQUEST)** |

Plaintiff Ma'nyjh O'Quin ("Plaintiff"), by and through her counsel Rafii & Associates, P.C., and Defendant Ascenda USA, Inc., d//b/a and a/k/a 24-7 Intouch ("Ascenda"), by and through its counsel Fisher & Phillips, LLP, hereby stipulate and agree that Defendant will have up to and including July 16, 2025, to file its Answer or otherwise respond to Plaintiff's First Amended Complaint ("FAC"). Defendant needs additional time to gather facts to respond to Plaintiff's FAC and requires additional time to do so.

/ / /

/ / /

/ / /

- 1 -

FP 55521375.1

1. Accordingly, this stipulation is sought in good faith and not for the purpose of delay. This is the first request for an extension of this deadline.

Dated this 8th day of July, 2025.

| RAFII & ASSOCIATES, P.C. | FISHER & PHILLIPS, LLP |
|---|---|
| /s/ *Jason Kuller* | /s/ *Elizabeth A. Hanson* |
| Jason Kuller, Esq. | Mark J. Ricciardi, Esq. |
| 1120 N. Town Center Drive | Elizabeth A. Hanson, Esq. |
| Suite 150 | 300 South 4th Street |
| Las Vegas, NV 89144 | Suite 1500 |
| *Attorneys for Plaintiff* | Las Vegas, NV 89101 |
| | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

July 9, 2025
DATED

- 2 -

FP 55521375.1