Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No. 159137
(*pro hac vice*)
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MA'NYJH O'QUIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>ASCENDA USA, INC. d/b/a and a/k/a INTOUCHCX, a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00324-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO CONSOLIDATE AND TO EXTEND TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF 13]**<br><br>**(FIRST REQUEST)** |

Plaintiff Ma'nyjh O'Quin ("Plaintiff"), by and through her counsel Rafii & Associates, P.C., and Defendant Ascenda USA, Inc., d//b/a and a/k/a 24-7 IntouchCX ("Defendant") (collectively "Parties"), by and through its counsel Fisher & Phillips, LLP, hereby stipulate and agree that Plaintiff will have up to and including next Wednesday, **August 6, 2025**, to respond to Defendant's Motion to Consolidate and to Extend Time to Answer Plaintiff's First Amended Complaint (ECF 13) ("Motion"). This Stipulation is submitted and based upon the following:

1

**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE (FIRST REQUEST)**

1. Plaintiff's First Amended Complaint (ECF 8) ("FAC") was filed on June 17, 2025.

2. On July 8, 2025, the parties stipulated to extend Defendant's time to answer or otherwise respond to Plaintiff's FAC until July 16, 2025 (ECF 11), which was granted by the Court (ECF 12).

3. On July 16, 2025, Defendant filed its Motion to Consolidate and to Extend Time to Answer Plaintiff's First Amended Complaint (ECF 13).

4. During the same week that Defendant's Motion was filed, undersigned Plaintiff's counsel consulted with two medical specialists due to a recurring and disabling health disorder that remains undiagnosed. Plaintiff's counsel has missed several days of work since the middle of June because of health issues and is scheduled to have two diagnostic procedures this week requiring anesthesia.

5. Due to these health issues and his limited work availability, Plaintiff's counsel needs additional time to fully and adequately prepare Plaintiff's response to Defendant's Motion. Plaintiff's response to Defendant's Motion is currently due to be filed on Wednesday, July 30, 2025. Whereby the Parties hereby stipulate to a one-week extension up to and including Wednesday, August 6, 2025, for Plaintiff to file a response to Defendant's Motion,

6. This is the Parties' first request to extend the time for Plaintiff's response to Defendant's Motion.

7. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE (FIRST REQUEST)**

8. The Parties agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Stipulation.

Dated this 30th day of July, 2025.

| RAFII & ASSOCIATES, P.C. | FISHER & PHILLIPS, LLP |
|---|---|
| */s/ Jason Kuller* | */s/ Elizabeth A. Hanson* **(w/permission)** |
| Jason Kuller, Esq. | Mark J. Ricciardi, Esq. |
| Robert Montes, Esq., *Pro Hac Vice* | Elizabeth A. Hanson, Esq. |
| 1120 N. Town Center Drive, Ste. 130 | 300 South Fourth St., Ste. 1500 |
| Las Vegas, Nevada 89144 | Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

_____
**U.S. Magistrate Judge**

**Dated:** July 31, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date shown file stamped above, I served a true and correct copy of the foregoing pleading on all registered parties with the Court's electronic filing system.

    /s/ Jason Kuller
Jason Kuller
Of Counsel
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel: (725) 245-6056
Fax: (725) 220-1802
jason@rafiilaw.com