Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No. 159137 (*pro hac vice*)
Ciara Alagao, NV Bar No. 16789
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
ciara@rafiilaw.com

*Attorneys for Plaintiff*

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MA'NYJH O'QUIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ASCENDA USA, INC. d/b/a and a/k/a 24-7 INTOUCH, a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 2:25-cv-00324-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE MOTION TO CIRCULATE NOTICE TO FLSA COLLECTIVE**<br><br>**(FIRST REQUEST)** |

Plaintiff Ma'nyjh O'Quin ("Plaintiff"), by and through her counsel of record, Jason L. Kuller, Esq. and Robert Montes, Jr., Esq. of Rafii & Associates, P.C., and Defendant Ascenda USA, Inc., d//b/a and a/k/a 24-7 Intouch ("Ascenda"), by and through its counsel, Brett M. Wendt, Esq, and Elizabeth A. Hanson, Esq. of Fisher & Phillips, LLP, hereby stipulate and agree that Plaintiff may extend the time for Plaintiff to file her Motion to Circulate Notice to FLSA Collective from September 23, 2026 to October 7, 2026.

The deadline to file the Motion to Circulate Notice to FLSA Collective is September 23, 2026, (ECF No. 30). However, the parties have stipulated to extend the deadline through October 7, 2026. This request is made due to the recent health issues of Plaintiff's counsel (Jason Kuller)

limiting his ability to work. Plaintiff's counsel underwent surgery last week on September 17, 2026, following a week of medical testing, and is scheduled to undergo a second surgical procedure next Friday, October 2, 2026. Additionally, Plaintiff's counsel was unable to work this past Monday (September 21, 2026) due to his observance of Yom Kippur.

Accordingly, this stipulation is sought in good faith and not for purposes of delay. This is the first request for an extension of this deadline.

Dated this September 23, 2026.

**RAFII & ASSOCIATES, P.C.**
***/s/ Jason Kuller***
Jason Kuller, Esq.
NV Bar No. 12244
Robert Montes, Jr., Esq.
CA Bar No. 159137 (*pro hac vice*)
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*

**FISHER & PHILLIPS LLP**
***/s/ Elizabeth A. Hanson (with permission)***
Brett M. Wendt, Esq.
(*Admitted pro hac vice*)
Elizabeth A. Hanson, Esq.
NV Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED** that Plaintiff's deadline to file Motion to Circulate Notice to FLSA Collective shall be extended to October 7, 2026. Per LR 7-2(b), the deadline to file and serve any opposition from Defendant shall continue to be due 14 days after service of the Motion.

**IT IS SO ORDERED**

______________________
**U.S. Magistrate Judge**

**Dated:** September 24, 2026



RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, I caused service of a true and correct copy of the foregoing ***STIPULATION AND ORDER*** to be made by the CM/ECF E-File and Serve System, Email and/or via U.S. Mail or Facsimile upon all parties registered to use this service, and listed as service recipients herein, in accordance with Fed.R.Civ.P. 5 and LR 5-1:

Brett M. Wendt
bwendt@fisherphillips.com
Elizabeth A. Hanson, Esq.
ehanson@fisherphillips.com
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendant*

*/s/ Erika Gonzalez*
An employee of RAFII & ASSOCIATES, P.C.